## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | )  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DEX ONE CORPORATION, | ) Case No. 13-[____] ([____]) |
| | ) |
| Debtor. | ) |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS[2]

| Debtor | Registered Holder | Address of Registered Holder | Percentage of Equity Held |
|---|---|---|---|
| Dex One Corporation | Franklin Advisers, Inc. | 1 Franklin Parkway<br>Building 970, 1st Floor<br>San Mateo, California 94403-1906 | 26.51% |
| Dex One Corporation | Hayman Capital Management LP | 2101 Cedar Springs Road<br>Suite 1400<br>Dallas, Texas 75201-2134 | 9.95% |
| Dex One Corporation | Robert E. Mead | 3653 Maplewood Avenue<br>Dallas, Texas 75205 | 8.65% |
| Dex One Corporation | Restructuring Capital Associates LP | 2 Stamford Plaza<br>281 Tresser Boulevard<br>Suite 1501<br>Stamford, Connecticut 06901-3263 | 8.46% |
| Dex One Corporation | Paulson & Co., Inc. | 1251 Avenue of the Americas<br>50th Floor<br>New York, New York 10020-1122 | 7.23% |
| Dex One Corporation | Mittleman Investment Management LLC | 188 Birch Hill Road<br>Locust Valley, New York 11560-1832 | 5.25% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Gregory W. Freiberg, the undersigned executive vice president and chief financial officer of Dex One Corporation, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: March 18, 2013

_____
Gregory W. Freiberg
Executive Vice President / Chief Financial Officer

---

[2] The equity holders listed herein are the registered holders of Dex One Corporation common stock as of December 31, 2012.